IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GEOFFREY CRAIG PICKENS,

    Petitioner,

    v.

R.L (BUTCH) CONWAY,

    Respondent.

CIVIL ACTION FILE
NO. 1:18-CV-1173-TWT

## ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action without prejudice for failure to exhaust state court remedies. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. No Certificate of Appealability will be issued.

SO ORDERED, this 21 day of May, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\18\Pickens\18cv1173\r&r.wpd